UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SANDRA MORRISON-ALLEN,<br><br>       Plaintiff,<br><br> - against -<br><br>JOHN MATTINGLY, Commissioner of ACS; DEIDRE REYNOLDS, Director Mercy Foster Care; JEANIE CAMBRIA, Mercy Foster Care; STEWART ALTMAN, Law Guardian for Child; ERIN GALVIN, ESQ.; RACHELLE SKUOL, ESQ. for Administration for Children Services; ANGELLA CAMPBELL, Caseworker for ACS; DR. DEBRA ERNERSIO-JENSSEN; ANDREA LOMAX, Caseworker; JOSEPH KASPER, ESQ.; IRA ERAS, ESQ.; JUDGE LINDA TALLY; SISTERS OF MERCY; MERCY FIRST FOSTER CARE BOARDING HOMES; JOHN DOE,<br><br>       Defendants. | Docket No. 10 CV 0667 (SF)(ARL)<br><br>F.R.C.P. 7.1 STATEMENT |

Pursuant to F.R.C.P. 7.1 in order to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendants (private non-governmental parties) certifies:

> that there are no corporate parents, affiliates and/or subsidiaries of said party which are publicly held.

Dated: New York, New York
   March 23, 2010

                  Yours, etc.,

                  GARBARINI & SCHER, P.C.

             By: _____
                  Gregg D. Weinstock (GW-8078)
                  Attorneys for Defendant *Erin Galvin, Esq.*
                  432 Park Avenue South, 9th Floor
                  New York, New York 10016-8013
                  (212) 689-1113

TO: SANDRA MORRISON-ALLEN
Plaintiff *Pro Se*
371 First Place
Uniondale, New York 11553

CORPORATION COUNSEL
Attorneys for Defendants
*John Mattingly, Commissioner of ACS;*
*Rachelle Skuol, Esq. for Administration for*
*Children Services; Angella Campbell,*
*Caseworker for ACS; and Judge Linda Tally*
100 Church Street
New York, New York 10007

DEIDRE REYNOLDS, Director Mercy Foster Care
Defendant
230 Beach 102nd Street
Far Rockaway, New York 11694

JEANIE CAMBRIA, Mercy Foster Care
Defendant
6301 12th Avenue
Brooklyn, New York 11213

STEWART ALTMAN, ESQ.
Defendant
220 Mineola Boulevard, Suite 7
Mineola, New York 11501

DR. DEBRA ERNERSIO-JENSSEN
Defendant
410 Lakeville Road, Suite 3 108
New Hyde Park, New York

ANDREA LOMAX, Caseworker
Defendant
c/o Mercy First Foster Care
6301 12th Avenue
Brooklyn, New York 11213

JOSEPH KASPER, ESQ.
Defendant
94-09 101st Avenue
Ozone Park, New York 11416

IRA ERAS, ESQ.
Defendant
c/o Warren & Warren
185 Montague Street
Brooklyn, New York 11201

SISTERS OF MERCY
MERCY FIRST FOSTER CARE
BOARDING HOMES
Defendant
6301 12th Avenue
Brooklyn, New York 11213

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SANDRA MORRISON-ALLEN,

                Plaintiff,

- against -

JOHN MATTINGLY, Commissioner of ACS; DEIDRE REYNOLDS, Director Mercy Foster Care; JEANIE CAMBRIA, Mercy Foster Care; STEWART ALTMAN, Law Guardian for Child; ERIN GALVIN, ESQ.; RACHELLE SKUOL, ESQ. for Administration for Children Services; ANGELLA CAMPBELL, Caseworker for ACS; DR. DEBRA ERNERSIO-JENSSEN; ANDREA LOMAX, Caseworker; JOSEPH KASPER, ESQ.; IRA ERAS, ESQ.; JUDGE LINDA TALLY; SISTERS OF MERCY; MERCY FIRST FOSTER CARE BOARDING HOMES; JOHN DOE,

                Defendants.

Docket No. 10 CV 0667 (SF)(ARL)

---

### F.R.C.P. 7.1 STATEMENT

---

**GARBARINI & SCHER, P.C.**
Attorneys for Defendant
*Erin Galvin, Esq.*
Office & P. O. Address
432 Park Avenue South
New York, NY 10016-8013
Telephone (212) 689-1113

F:\CASES\17792\Back.wpd