## AFFIDAVIT OF SERVICE BY MAIL

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK   )

MAUREEN GRIFFIN, being duly sworn, deposes and says, that the deponent is a resident of Copiague, New York, is not a party of the action, and is over 18 years of age.

That on the 23rd day of March, 2010, the undersigned served the within **F.R.C.P. 7.1 STATEMENT, NOTICE OF MOTION, AFFIDAVIT, and MEMORANDUM OF LAW** dated March 23, 2010 upon the attorneys named below by depositing a true copy of the same enclosed in a postpaid properly addressed wrapper in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York, and directed to the said attorneys at the address indicated below, such address being the address designated by said attorneys for that purpose.

>SANDRA MORRISON-ALLEN
>Plaintiff *Pro Se*
>371 First Place
>Uniondale, New York 11553
>
>CORPORATION COUNSEL
>Attorneys for Defendants *John Mattingly, Commissioner of ACS*
>New York City Law Department
>100 Church Street
>New York, New York 10007
>Attn: Steven Douglas Weber, Esq.
>
>CALLAN, KOSTER, BRADY & BRENNAN
>Attorneys for Defendants *Diedre Reynolds, Director Mercy Foster Care; Sisters of Mercy, Mercy First Foster Care Boarding Homes; and Ira Eras, Esq.*
>One Whitehall Street, 10th Floor
>New York, New York 10004
>Attn: Louis E. Valvo, Esq.
>
>JEANIE CAMBRIA, Mercy Foster Care
>Defendant
>6301 12th Avenue
>Brooklyn, New York 11213
>
>TRAUB LIEBERMAN STRAUS & SHREWSBERRY LLP
>Attorneys for Defendant *Stewart Altman, Esq., Law Guardian*
>Mid-Westchester Executive Park
>Seven Skyline Drive
>Hawthorne, New York 10532
>Attn: Lisa L. Shrewsberry, Esq.

RACHELLE SKUOL, ESQ.
Defendant
ACS
150 William Street
New York, New York 10038

ANGELLA CAMPBELL, Caseworker for ACS
Defendant
ACS Field Office
165-15 Archer Avenue
Jamaica, New York 11435

DR. DEBRA ERNERSIO-JENSSEN
Defendant
410 Lakeville Road, Suite 3 108
New Hyde Park, New York 11042

ANDREA LOMAX, Caseworker
Defendant
c/o Mercy First Foster Care
6301 12th Avenue
Brooklyn, New York 11213

JOSEPH KASPER, ESQ.
Defendant
94-09 101st Avenue
Ozone Park, New York 11416

ANDREW M. CUOMO, ATTORNEY GENERAL
NEW YORK STATE OFFICE OF THE
ATTORNEY GENERAL
Attorneys for Defendants *David Paterson, Governor of the State of New York; Judge Linda Tally; and Judge Rhea Friedman*
200 Old Country Road, Suite 240
Mineola, New York 11501-4241
Attn:   Derrick J. Robinson, Esq.
        Assistant Attorney General

_____
MAUREEN GRIFFIN

Sworn to before me this
23rd day of March, 2010

_____
GAIL PORTI
Commissioner of Deeds
City of New York  No. 4-4221
Certificate Filed in Queens County
Commission Expires July 1, 20__