UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
SANDRA MORRISON - ALLEN,

                        Plaintiff,                Civil Action No.:
                                                   10 CV 0667

      - against -                                  (SJF/ARL)

JOHN MATTINGLY, COMMISSIONER OF ACS, DEIDRE
REYNOLDS, DIRECTOR OF MERCY FIRST FOSTER       **NOTICE OF**
CARE, JEANIE CAMBRIA MERCY FIRST FOSTERCARE,  **MOTION**
STUART ALTMAN LAW GUARDIAN FOR CHILD,
ERIN GALVIN, ESQ., RACHELLE SKUOL ESQ. FOR        **Filed Electronically**
ADMINISTRATION OF CHILDREN SERVICES, ANGELLA
CAMPBELL CASEWORKER FOR ACS, DR. DEBRA
ERNERSIO-JENSSEN, ANDREA LOMAX CASEWORKER,
JOSEPH KASPER, ESQ., IRA ERAS, ESQ., JUDGE LINDA
TALLY, SISTERS OF MERCY MERCY FIRST
FOSTERCARE BOARDING HOMES, JOHN DOE.

                        Defendants.
------------------------------------------------------------------------X

      **PLEASE TAKE NOTICE** that upon the attached Affidavit of Jonathan B. Bruno, sworn to on the 20th day of April 2010, the exhibit annexed thereto, and the accompanying Memorandum of Law, Defendant Debra Esernio-Jenssen, M.D., by her attorneys, KAUFMAN BORGEEST & RYAN LLP, will move this Court before the Honorable Sandra J. Feuerstein, United States District Court, Eastern District of New York, 290 Federal Plaza, Central Islip, New York 11722, on a date and time to be determined by the Court, for an Order dismissing Plaintiff's Amended Complaint pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

1176505-1                                      1

Dated: New York, New York
April 20, 2010

                    KAUFMAN BORGEEST & RYAN LLP

By: *Jonathan Bruno*
      Jonathan B. Bruno
      Allison T. McCabe
Attorney for Defendant
DEBRA ESERNIO-JENSSEN, M.D.
120 Broadway 14th Floor
New York, New York 10271
Telephone No.: (212) 980-9600
KBR File No.: 733.188

1176505-1          2