## CERTIFICATE OF SERVICE

This is to certify that true and correct copies of the foregoing: REPLY MEMORANDUM OF LAW, NOTICE OF MOTION TO DISMISS, AFFIDAVIT OF JONATHAN BRUNO, MEMORANDUM OF LAW AND NOTICE TO PRO SE LITIGANT were served via regular mail on the 21st day of June, 2010 upon:

Sandra Morrison Allen
371 1st Place
Uniondale, NY 11553

Steven Douglas Weber, Esq.
New York City Corp. Counsel
100 Church St
New York, NY 10038

Louis E. Valvo, Esq
Callan Koster Brady & Brennan LLP
One Whitehall St, 10th Floor
New York, NY 10004

William Goldman Scher, Esq.
Garbarini & Scher PC
432 Park Avenue South
9th Floor
New York, NY 10016

Joseph Kasper, Esq
94-09 101st Avenue
Ozone Park, NY 11416

Derrick Jeffrey Robinson
New York State Office of the Attorney General
200 Old Country Road
Suite 460
Mineola, NY 11501

Lisa L. Shrewsberry, Esq
Traub, Lieberman, Straus & Shrewsberry LLP
Mid-Westchester Executive
Seven Skyline Drive
Hawthorne, NY 10532

_____
JONATHAN B. BRUNO