# KAUFMAN BORGEEST & RYAN LLP
### ATTORNEYS AT LAW

120 Broadway
New York, New York 10271

Telephone: 212.980.9600
Facsimile: 212.980.9291
WWW.KBRLAW.COM

ANDREW S. KAUFMAN†
WAYNE E. BORGEEST
JULIANNA RYAN
LEE E. BERGER
LORETTA A. KREZ*
JOAN M. GILBRIDE††
JONATHAN D. RUBIN‡
JUDITH M. FISHER
MICHAEL P. MEZZACAPPA*‡
DOUGLAS J. FITZMORRIS
STEVEN D. WEINER
SCOTT A. SCHECHTER
CHRISTOPHER E. DiGIACINTO*
JONATHAN B. BRUNO±
PAUL J. COLUCCI
MARGARET J. DAVINO*††
JEFFREY C. GERSON††
ROCCO P. MATRA◊
JOHN B. MULLAHY*
MELINDA B. MARGOLIES±
JEFFREY S. WHITTINGTON○
CHRISTINE HEENAN
BARBARA-ANN M. COSTELLO
RICHARD A. PRETTI
BELINDA DODDS-MARSHALL*‡
CAROL S. DOTY††‡
KEITH L. KAPLAN††
PAUL T. CURLEY
ELAN R. KANDEL*††

OF COUNSEL:
MARIBETH SLEVIN
SHERRI M. FELDMAN□

APPELLATE COUNSEL:
JACQUELINE MANDELL

JONATHAN R. HAMMERMAN
HEATHER LASCHEWER*
ELIZABETH O'BRIEN TOTTEN
REBECCA KILDUFF
KRISTOPHER M. DENNIS*
JULIE A. KEEGAN
STEPHANIE B. GITNIK
JENNIFER BIRNBAUM
GINA HOGUE□
MICHAEL R. JANES
LEONARD B. COOPER††
VINCENT C. ANSALDI††
DAVID J. VARRIALE*††
DOUGLAS J. DOMSKY
JEFFREY A. GRALNICK
TRACEY REISER††
KATHERINE J. O'BRIEN††
DAMIEN SMITH
MATTHEW M. FERGUSON
CRISTINA LA MARCA
EDWARD R. NORIEGA□
MATTHEW SPERGEL

ROBERT A. BENJAMIN*
JANINE C. CIALLELLA††
BRIAN M. SHER*
MARGARET M. O'CONNOR
EILEEN R. FULLERTON††
DENNIS J. DOZIS*
RISA D. KLEINER*
LAURA B. JUFFA
SARA K. WALKER
THOMAS LOOKSTEIN*
JULIE A. MICKIEWICZ††
ANDREW E. OLDIS
JENNIFER M. HAMILTON
RACHEL L. STERN■
KENNETH RITZ■
NICOLE SHETH□
JOHN J. LEO III◊
CHRISTINE TURIANO*
NAOMI K. MORRIS
NICHOLAS W. SARRIS□
LILIAN M. KHANJIAN□
ALLISON T. McCABE*
BETSY D. BAYDALA
MARK L. MASCOLO*
DENNIS P. WILLIAMS*
KELLY B. CASTRIOTTA*
DIVYA MITTAL*
SUSAN MILLER
DEBORAH M. ZAWADZKI*

TYRA R. SAECHAO
SANDRA L. BROWN
JULIE A. TRIBBLE
LEAH PIZER††
DANIEL A. GREEN
MARIO C. GIANNETTINO
LESLIE A. WHEELIN††
SERGIO ALVES††
KAREN A. THOMPSON±
STACEY L. SCHWIMMER*
CAROLINE A. SULLIVAN
MATTHEW I. SCHIFFHAUER*
SAMANTHA R. MONTROSE■
JULIE A. RIVERA
CARA A. O'SULLIVAN*
AISLING A. JUMPER±
ELIZABETH BUTLER*††

† ALSO ADMITTED IN PA
* ALSO ADMITTED IN NJ
‡ ALSO ADMITTED IN DC
†† ALSO ADMITTED IN CT
± ALSO ADMITTED IN MA
◊ ALSO ADMITTED IN TX
○ ALSO ADMITTED IN CA
■ ADMITTED IN NJ ONLY
□ ADMITTED IN CA ONLY
◊ ADMITTED IN NJ & PA ONLY

June 21, 2010

**VIA ECF AND REGULAR MAIL**

Sandra Morrison Allen
371 First Place
Uniondale, NY 11553

    Re:    Allen, et al. v. Mattingly, et al.
           Civil Action No.: 10-0667 (SJF/ARL)
           KBR File No.: 733.188

Dear Ms. Allen:

We represent Defendant Debra Esernio-Jenssen, M.D., in the above-referenced matter. Enclosed is Dr. Jenssen's Reply Memorandum of Law in further support of her Motion to Dismiss and an unreported case cited in the memorandum of law.

                    Very truly yours,

                    KAUFMAN BORGEEST & RYAN LLP

                    Jonathan B. Bruno

cc:    Clerk of the Court (via ECF)
        All parties (via ECF)

1233535