# JOSEPH F. KASPER



**Attorney at Law**
94-09 101st Avenue
Ozone Park, New York 11416
Tel. (718) 845 4008 – Fax (718) 848 8164

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E.D N.Y

★ JUN 24 2010 ★

LONG ISLAND OFFICE

May 26, 2010

***VIA FIRST CLASS MAIL and
CERTIFIED MAIL***

Sandra Morrison-Allen
371 First Place
Uniondale, New York 11553

Re: <u>Sandra Allen-Morrison</u>  2:10CV667(SJF)

Dear Mrs. Morrison-Allen:

    You contacted me earlier this month seeking your file from my representation of you in the Queens Family Court. You mentioned a request from Andrew March, Esq. in March of 2009 for your file. Following the Court acknowledging on Monday, March 23, 2009 that I was no longer representing you, I contacted attorney Andrew March to discuss the case, transfer of your file and your outstanding bill of $13,133.33 pursuant to the retainer agreement you signed, which it is my recall you acknowledged receipt of on March 23, 2010, in the Court room (shortly after you threw the bill back at me in the waiting room). I left a message with attorney March but did not receive a return call, and upon subsequent inquiry, was advised that Attorney March was not representing you, that you were representing yourself, which is why I perhaps never received further communication from Andrew March.

    I am aware you already filed a complaint with the Disciplinary Committee, which they did not act upon, and which you sought to conceal from me by not including a copy of it when you served your federal papers, or maybe you just improperly did not include copies of the Exhibits you attached to your Court papers.

    In any event, I can not understand your hostility when it was you who begged me to take you back as a client a second time in 2007, after I was substituted in 2006. You told me, "I was the only attorney who ever did anything for you," that I got criminal charges dropped against you, and negotiated the return of your daughter to you, that you

LETTER TO SANDRA MORRISON-ALLEN – (05-24-10)                    1

praised my efforts on your behalf to Councilman Jennings, Everly Brown, and Jill Jones, who assured me you would honor your financial obligations and pay me for my services.

I never hesitated to argue and advocate vigorously for the return of your son to you, which position I still support. In any event I am prepared to release your file to you so you may use it to assist your defense even though I always gave you copies of motion papers and correspondence as I received or produced them, and much of the file is what you gave me copies of.

I also do not understand why you included me as a defendant in your Federal proceeding, as part of the people that "conspired" against you when in fact you frequently complained how you thought some or all the other attorneys would mock me when I appeared and advocated for you.

I will act to get your file copied within the next two or three weeks and you may contact me to arrange delivery; my older brother is hospitalized with oral cancer so I am not spending as much time in the office as usual.

In a spirit of cooperation, it would be nice if you would agree to discontinue against me as a party to your federal proceeding, so as to avoid the waste of time to prepare a motion to dismiss it like all the other attorneys you sued appear to be doing.

The courtesy of your reply is respectfully requested.

Very truly yours,

Joseph F. Kasper

C: Jill Jones by facsimile

LETTER TO SANDRA MORRISON-ALLEN – (05-24-10)                                  2