UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X
SANDRA MORRISON ALLEN,

                Plaintiff,

    - against -

**JUDGMENT**
CV-10-0667 (SJF)(ARL)

JOHN MATTINGLY, Commissioner of ACS, DEIDRE
REYNOLDS, Director of Mercy First Foster Care, JEANIE
CAMBRIA, Mercy First Foster Care, STEWART ALTMAN,
Law Guardian for Child, ERIN GALVIN, ESQ., RACHELLE
SKUOL [sic] ESQ., for Administration for Children Services,
ANGELLA [sic] CAMPBELL, Caseworker for ACS, DR.
DEBRA ERNERSIO-JENSSEN [sic], ANDREA LOMAX,
Caseworker, JOSEPH KASPAR, ESQ., SISTERS OF MERCY/
MERCY FIRST FOSTERCARE BOARDING HOMES,
"JOHN DOE", IRA ERAS, ESQ., and JUDGE LINDA TALLY,

                Defendants.
----------------------------------------------------------------------------X

     An Opinion and Order of Honorable Sandra J. Feuerstein, having been filed on March 29, 2011, granting the defendants' respective motions to dismiss the amended complaint pursuant to Rule 12 (b) of the Federal Rules of Civil Procedure, dismissing the amended complaint in its entirety, and directing the Clerk of Court to enter judgment in favor of the defendants and to close this case, it is

     **ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that defendants' respective motions to dismiss the amended complaint pursuant to Rule 12 (b) of the Federal Rules of Civil Procedure are granted; that the amended complaint is dismissed in its entirety; and that this case is hereby closed.

Dated: Central Islip, New York
       March 31, 2011

                                                ROBERT C. HEINEMANN
                                                CLERK OF THE COURT

                                   By:   /s/ Catherine Vukovich
                                               Deputy Clerk